1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

KACEY VALLI,

10

        Petitioner,             No.  2:11-cv-3413-GEB-DAD P

11

    vs.

12

R. GROUNDS[1],

13

        Respondent.      ORDER

14

_____/

15

        Petitioner has requested the appointment of counsel.  There currently exists no

16

absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

17

453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18

any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

19

§ 2254 Cases.  In the present case, the court does not find that the interests of justice would be

20

served by the appointment of counsel at the present time.

21

        Accordingly, IT IS HEREBY ORDERED that:

22

        1.  Petitioner's August 27, 2012 motion for appointment of counsel (Doc. No. 21)

23

is denied without prejudice to the renewal of the motion at a later stage of the proceedings; and

24

25

      [1] Petitioner has notified the court that R. Grounds is the current warden at Salinas Valley

26

State Prison and requests that he be substituted as the respondent in this action.  The court will direct
the Clerk of the Court to make the requested substitution.

1

1             2.  The Clerk of the Court is directed to remove Anthony Hedgpeth as the

2  respondent and substitute R. Grounds, Warden of Salinas Valley State Prison, as the respondent

3  in this action.

4  DATED: September 5, 2012.

5

6                                          *Dale A. Drozd*

7                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

8

9  DAD:mp/4
    vall3413.110

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26