IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KACEY VALLI,

    Petitioner,                      No. 2:11-cv-3413-GEB-DAD P

    vs.

R. GROUNDS[1],

    Respondent.                ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 27, 2012 motion for appointment of counsel (Doc. No. 21) is denied without prejudice to the renewal of the motion at a later stage of the proceedings; and

---

[1] Petitioner has notified the court that R. Grounds is the current warden at Salinas Valley State Prison and requests that he be substituted as the respondent in this action. The court will direct the Clerk of the Court to make the requested substitution.

1

2. The Clerk of the Court is directed to remove Anthony Hedgpeth as the respondent and substitute R. Grounds, Warden of Salinas Valley State Prison, as the respondent in this action.

DATED: September 5, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
vall3413.110